**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1181**

In Re:  BRENT RENARD CHRISTIAN,

      Petitioner.

On Petition for Writ of Mandamus.
(1:12-cr-00204-NCT-1; 1:14-cv-00284-NCT-LPA)

Submitted:  July 31, 2017                        Decided:  August 9, 2017

Before WILKINSON and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Brent Renard Christian, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brent Renard Christian petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court adopted the report and recommendation of the magistrate judge and dismissed Christian's § 2255 motion. Accordingly, because the district court has recently decided Christian's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*